UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORA D. TANNER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 4:11-CV-01361-NAB |
| ) | |
| CITY OF SULLIVAN, DON L. REED, ) | |
| DSN 115, DARRIN M. JONES, DSN 117, ) | |
| KEVIN L. HALBERT, JEFF ROHRER, ) | |
| SHAUN HINSON, DAVID ROCHE, and ) | |
| GEORGE COUNTS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO STRIKE PORTIONS OF CASEY AND JANSSEN AFFIDAVITS CONTAINING EXPERT OPINIONS

COME NOW Plaintiffs, and move the Court to enter its order granting Plaintiffs' Motion to Strike Portions of Casey and Janssen Affidavits Containing Expert Opinions and state:

1.   That Defendants attached affidavits of two (2) Sullivan Police Department dispatchers, Teri Casey ("Casey") and Jeri Janssen ("Janssen") to Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment (Doc. # 85).

2.   That the Casey and Janssen affidavits are practically identical in substance and form.

3.   That the Casey and Janssen affidavits contain expert opinion testimony. (Ex. 1, Casey Aff. ¶¶ 5, 8, 14), (Ex. 2, Janssen Aff. ¶¶ 5, 8, 14).

4.   That neither Casey nor Janssen was endorsed as an expert witness in this case. (Ex. 3, Defendants' Amended Response to Plaintiffs' First Interrogatories).

5. That according to this Court's Order (Docket Text Order # 56), Defendants' deadlines to disclose all expert witnesses and expert witness reports was July 9, 2012.

6. That pursuant to Fed.R.Civ.P. 37(c)(1), Defendants are not allowed to use the expert opinion averments to supply evidence on a motion, at a hearing, or at trial. Fed.R.Civ.P. 37(c)(1); *See* Fed.R.Civ.P. 26(a)(2); *See Fu v. Owens*, 622 F.3d 880, 883-884 (8th Cir. 2010).

7. That Plaintiffs have no opportunity to respond to the expert opinion averments as discovery has closed and Plaintiffs are unfairly prejudiced.

WHEREFORE, Plaintiffs respectfully request the Court enter its order granting Plaintiffs Motion to Strike Portions of Casey and Janssen Affidavits Containing Expert Opinions.

                Respectfully submitted,

                Donald L. Schlapprizzi P.C.
                Attorneys for Plaintiff

                /s/ Antoinette T. Schlapprizzi
                Antoinette T. Schlapprizzi #63221MO
                Linda C. Powers #48797MO
                211 N. Broadway, Suite 2430
                St. Louis, Missouri, 63102
                Telephone: (314) 241-0763
                Fax: (314) 241-0787
                toni@schlapprizzipc.com
                don@schlapprizzipc.com

**Certificate of Service**

   I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 31st day of October, 2012, to be served electronically by operation of the Court's electronic filing system upon the following:

Mr. Robert J. Wulff
Mr. Benjamin M. Fletcher
Evans & Dixon, LLC
211 North Broadway, 25th Floor
St. Louis, MO 63102
rjwulff@evans-dixon.com
bfletcher@evans-dixon.com

             /s/ Antoinette T. Schlapprizzi