UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORA D. TANNER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:11-CV-1361 NAB |
| CITY OF SULLIVAN, et al., | ) |
| Defendants. | ) |

## PARTIAL JUDGMENT

In accordance with the Memorandum and Order regarding summary judgment contemporaneously filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendants and against Plaintiffs regarding Count I of Plaintiffs' Second Amended Complaint.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Darrin M. Jones regarding Count II of Plaintiff's Second Amended Complaint related to the failure to remove plastic utensils from Palmer's cell.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the City of Sullivan regarding Count II of Plaintiff's Second Amended Complaint.

Dated this 9th day of January 2013.

/s/ Nannette Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE