**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DEBORA D. TANNER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:11-CV-1361 NAB |
| CITY OF SULLIVAN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Objections and Motion to Strike Defendants' Reply is **DENIED**.  [Doc. 228]

**IT IS FURTHER ORDERED** that Plaintiffs' Alternative Motion for Leave to File Sur-reply is **GRANTED**.  [Doc. 228]

**IT IS FURTHER ORDERED** that Plaintiffs shall file their sur-reply no later than **March 26, 2013**.

Dated this 19th day of March, 2013.

        /s/ Nannette A. Baker
       NANNETTE A. BAKER
       UNITED STATES MAGISTRATE JUDGE