

## IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI

| Probate Division: PROBATE | Case Number: 10AB-PR00276 | |
|---|---|---|
| In the Estate of CALLISTA BAKER, Minor. | | (Date File Stamp) |

### Letters of Conservatorship of Minor

On March 14, 2013, Daniel Buesher and/or Law Firm of Buescher & White LLC was appointed and has qualified as Conservator of the estate of the following minor:

| NAME | DATE OF BIRTH |
|---|---|
| CALLISTA BAKER | AUGUST 21, 2008 |

The Conservator is authorized and empowered to perform the duties of Conservator as provided by law under the supervision of the court having the care and custody of the estate of the above-named minor.

I, Judge of the Probate Division of the Circuit Court of Franklin County, Missouri, have signed these Letters and affixed the seal of the Court on March 14, 2013.

_____
JUDGE DAVID B TOBBEN

**Inventory Due: April 14, 2013**

**Annual Settlement due yearly on March 14.**

### Certificate

COURT SEAL OF

FRANKLIN COUNTY

I, Clerk of the Circuit Court, certify that the foregoing Letters, now in full force and effect, is a true copy from the record as it appears in my office.

Witness my hand and seal of Court on: March 15, 13 (date).

_____
DEPUTY CLERK

Exhibit #1

OSCA (4-07) PR445                          1 of 1                          475.105 RSMo