# BERKLEY SURETY GROUP, LLC

ACADIA INSURANCE COMPANY • BERKLEY MID-ATLANTIC GROUP • BERKLEY REGIONAL INSURANCE COMPANY
CAROLINA CASUALTY INSURANCE COMPANY • CONTINENTAL WESTERN GROUP • UNION STANDARD INSURANCE GROUP

IN THE UNITED STATES DISTRICT COURT
Eastern District of Missouri

Bond Number: 0175378

----------------------------------------------------X

Debora D. Tanner et al. ,

    Plaintiff,

Civil Action No. 4:11-CV-1361

v.
Kevin L. Halbert, Shaun Hinson,

Darrin M. Jones, Don L. Reed, and Jeff Rohrer ,

SUPERSEDEAS BOND

    Defendant.

----------------------------------------------------X

**WHEREAS,** in the above entitled and numbered cause, judgment was entered on the 8th day of January, 2013 in favor of Plaintiffs , and against Defendants for the sum of $ 2,850,000.000 , in the aggregate sum of $2,865,594.97 for which judgment Defendants desire to appeal to the United States Court of Appeals 8th Circuit , and

**WHEREAS,** Defendants desire to suspend the execution of said judgment, pending determination of such appeal:

**NOW, THEREFORE,** Berkley Regional Insurance Company having an office and principal place of business 11201 Douglas Avenue, Urbandale, Iowa 50322 , as Surety, does hereby undertake in the sum of $2,865,594.97
    DOLLARS that if the above-named Defendant, shall satisfy the judgment herein in full together with costs, interest and damages for delay, if for any reason the appeal is dismissed or if the judgment is affirmed, and shall satisfy in full such modification of the judgment and such costs, interest, damages as the Appellate Court may adjudge and award, then this obligation shall be void, otherwise the same shall be and remain in full force and virtue.

IN WITNESS WHEREOF, the Principal and Surety have hereunto set their hands and seals this 8th day of August , 2013.

              Kevin L. Halbert, Shaun Hinson, Darrin M Jones, Don L. Reed, and Jeff Rohrer

By: _____
Patrick Bousquet as Counsel for the above-named defendants.
Berkley Regional Insurance Company

By: _____
    Pamela Berkland, Attorney-in-Fact

BSG Generic Defendant Supersedeas -2/1/08     *A Berkley Company*

464403 7622