UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORA D. TANNER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:11-CV-1361 NAB |
| ) | |
| CITY OF SULLIVAN, et al., ) | **REDACTED**[1] |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Discharge Debora Tanner as Next Friend. [Doc. 280.] In this case, Plaintiff Debora Tanner is the *next friend* representing Plaintiff C.B. A conservatorship has been established in the Probate Division of the Circuit Court of Franklin County, Missouri. The Conservator is Daniel Buescher and/or the Law Firm of Aubuchon, Buescher & Goodale, LLC. On October 7, 2014, the Court ordered Debora Tanner to first pay attorney's fees and expenses and then pay or transfer the excess to C.B.'s duly appointed and qualified conservator, Daniel Buescher and/or Law Firm of Aubuchon, Buescher & Goodale, LLC, with said proceeds being placed in a designated depository account marked "no withdrawal without order of the Probate Court of Franklin County, Missouri." [Doc. 275.] The Court further ordered that after such payment or transfer, Debora Tanner must file with the court a receipt from the conservator to whom such payment was made or transferred evidencing such payment, with a certified copy of the conservator's letters attached to the receipt.

---

[1] This public order is redacted to protect the name of the minor plaintiff.

In accordance with Mo. Rev. Stat. § 507.188(1) and upon review of the receipts and letter from the conservator, the Court will order Debora Tanner discharged from her duties and obligations as *next friend* to minor C.B.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Discharge Debora D. Tanner as Next Friend is **GRANTED**. [Doc. 280.]

**IT IS FURTHER ORDERED** that Debora Tanner is discharged and released from all of her duties and obligations as *next friend* to C.B.

Dated this 4th day of December, 2014.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE